Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Fawn Marie Willis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

FAWN MARIE WILLIS,

PLAINTIFF,

No. 2:26-cv-02299-AC

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---------------------------------------------------------

**~~PROPOSED~~ ORDER**

Before the Court is the Stipulation, filed by Plaintiff, Fawn Marie Willis, for an extension of time. Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until December 1, 2026, to file her Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to December 31, 2026. Plaintiff's deadline to file a reply brief, if any, is extended to January 14, 2027.

//

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED this 28th day of September 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE